154 A.3d 691

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DERRICK HESTER (A/K/A JEFFERY HESTER, DEE HESTER, CASSAN POWELL, AND HOWARD TERRY), DEFENDANT-PETITION-ER.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003983-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 691

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROLANDO BETANCOURT (A/K/A PAUL RODGERS), DEFENDANT-PETITIONER.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000172-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.